FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2006 MAY 30 AM 11:00

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STEVE and DAWN CANNON as the )
surviving parents of JOSH )
CANNON, and in their official )
capacity as Executors of the )
Estate of Josh Cannon, )
)
    Plaintiffs, )
)
v. ) CASE NO. 5:05-CV-176
)
JOHN CARY BITTICK, MATTHEW )
PRICE, JUDY KORNEGAY, R.N., )
and THE MONROE COUNTY HOSPITAL )
AUTHORITY, )
)
    Defendants. )

**DISMISSAL WITH PREJUDICE**

All parties having stipulated to the dismissal with prejudice of defendants, Judy Kornegay, R.N. and the Monroe County Hospital Authority, it is hereby ORDERED that the cause of action against these two defendants be dismissed WITH PREJUDICE.

So ORDERED this 30th day of May, 2006.

_____
Wilbur D. Owens, Jr. Senior Judge
United State District Court,
Middle District of Georgia,
Macon Division